ACCEPTED
01-14-00868-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/15/2015 10:22:23 PM
CHRISTOPHER PRINE
CLERK

## In the Court of Appeals for the
## First District Court of Appeals
### No. 01-14-868-CR

Ex Parte

Stuart Oland Wheeler

On Appeal from
The 155th District Court
Austin County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/15/2015 10:22:23 PM
CHRISTOPHER A. PRINE
Clerk

VOID MG

Trial Court Cause No. 2014V-0074

### Request for Oral Argument

**To Justices Jennings, Higley, and Huddle:**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/16/2015 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

Appellant asks again for oral argument. This case involves important First Amendment issues that this Court already got wrong once in *Maloney v. State*. Oral argument in support and contest of that confessedly bold assertion would likely help this Court avoid the same mistake.

### Certificate of Service

A copy of this notice was served on the District Attorney of Austin County, Texas, by the Efile system.

Respectfully Submitted,
Bennett & Bennett, Lawyers
by:

_____
Mark Bennett
TBN 00792970
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
MB@ivi3.com